**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MUNGUIA CESAR,

Petitioner,

v.

ACTING ATTORNEY GENERAL TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-3428-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Munguia Cesar, has another habeas proceeding pending in this District: Cesar Orlando Munguia v. Lyons, No. 2:26-CV-00456-GMN-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 28, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate ripe proceeding pending before this Court. See Cesar Orlando Munguia v. Lyons, No. 2:26-CV-00456-GMN-MDC.

**DATED:** October 23, 2026

/s/ Richard F. Boulware II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**